# EXHIBIT A

## CIVIL DOCKET

12036

Richard E. Soape, Jr. vs. Jaswant Singh, Penske Leasing, And Canada, Inc
Injury or Damage - Motor Vehicle **Filed:** 04/19/2016

**Attorneys:** Bennie D. Rush; Mark A. Scudder

| Docket Entry | Date |
|--------------|------|
|              |      |

**62ND DISTRICT COURT**

# CASE SUMMARY

## CASE NO. 12036

| | | |
|---|---|---|
| Richard E. Soape, Jr. vs. Jaswant Singh, Penske Leasing, And Canada, Inc | §<br>§<br>§<br>§ | Location: **62nd District Court**<br>Judicial Officer: **Biard, Will**<br>Filed on: **04/19/2016** |

---

**CASE INFORMATION**

Case Type: **Injury or Damage - Motor Vehicle**

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number — 12036 |
| | Court — 62nd District Court |
| | Date Assigned — 04/19/2016 |
| | Judicial Officer — Biard, Will |

---

**PARTY INFORMATION**

*Lead Attorneys*

| Plaintiff | Soape, Jr., Richard E | Rush, Bennie D.<br>*Retained*<br>936-295-0700(W) |
|---|---|---|
| Defendant | Canada, Inc | |
| | Penske Leasing | Scudder, Mark A.<br>*Retained*<br>214-651-4300(W) |
| | Singh, Jaswant | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/19/2016 | Original Petition (OCA)<br>*Plaintiff's Original Petition* | |
| 04/19/2016 | Civil Case Information Sheet | |
| 04/20/2016 | Citation<br>*issued to Jaswant Singh (emailed to Bennie Rush along w/file-marked petition)* | |
| 04/20/2016 | **Service Detail - Citation**<br>Singh, Jaswant<br>Unserved | |
| 04/20/2016 | Citation<br>*issued to Penske Leasing (emailed to Bennie Rush along w/file-marked petition)* | |
| 04/20/2016 | **Service Detail - Citation**<br>Penske Leasing<br>Served: 05/06/2016 | |
| 04/20/2016 | Citation<br>*issued to Canada, Inc. (emailed to Bennie Rush along w/file-marked petition)* | |

# CASE SUMMARY

| 04/20/2016 | **Service Detail - Citation**<br>Canada, Inc<br>Unserved | |
|---|---|---|
| 05/11/2016 | Citation Return<br>*served Penske Leasing* | |
| 05/27/2016 | Answer<br>*Defendant Penske Truck Leasing Co. ,L.P.'s Original Answer To Plaintiffs' First Original Petition* | |

| DATE | FINANCIAL INFORMATION |
|---|---|

Plaintiff Soape, Jr., Richard E
Total Charges      329.00
Total Payments and Credits      329.00
**Balance Due as of 5/31/2016**      **0.00**

Filed: 5/11/2016 2:37:58 PM
Ellen Jaggers,
District Clerk
Franklin County, Texas
By: LuAlice Weilbacher

*Return*

CITATION

ELLEN JAGGERS
CLERK OF THE COURT
P.O. BOX 750 -200 N  Kaufman
MT VERNON TEXAS 75457

ATTORNEY FOR PETITIONER
Bennie D. Rush
1300 11th Street Suite 300
Huntsville TX 77340

NOTICE TO RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation, a default judgment may be taken against you."

## TO: Penske Leasing, by serving its Registered Agent for service, Corporation Service Company dba CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218, or wherever they may be found

In the hereinafter styled and numbered cause: 12036

You are hereby commanded to appear before the 62ND Judicial District Court of Franklin County, Texas, to be held at the Franklin County Courthouse, located at 200 N. Kaufman, of said County in the City of Mt. Vernon, Texas, by filing a written answer to the PLAINTIFF'S FIRST ORIGINAL PETITION on or before 10 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in the cause number, 12036

STYLED:

Richard E. Soape, Jr. vs. Jaswant Singh, Penske Leasing, And Canada, Inc.

FILED IN SAID COURT on the 19th day of April, 2016.
ISSUED AND GIVEN UNDER MY HAND AND SEAL on this the 20th day of April, 2016.

ATTEST: ELLEN JAGGERS
FRANKLIN COUNTY, MT VERNON, TEXAS

BY _____ DEPUTY

OFFICER'S RETURN

Came to hand on the _____ day of _____, 2016 at _____ o'clock _____ m. Executed at _____ within the County _____, at _____ o'clock _____. m. On the _____ day of _____ 2015, by delivering to the within named _____ in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and indorsed on such copy of citation the date of delivery. **Not executed, the diligence used to execute being _____ for the following reasons.

| LAW OFFICES OF BENNIE D. RUSH 1300 11TH STREET, SUITE 300 HUNTSVILLE TX 77340 | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | 3. Service Type CERTIFIED |
| --- | --- | --- |
| | 2. Article Number 7104 9940 7320 0000 4059 | |

COMPLETE THIS SECTION ON DELIVERY

A. Signature: (☐ Addressee or ☐ Agent)
X _____
B. Received By: (Please Print Clearly) _____
SA Venrisos

7104 9940 7320 0000 4059

C. Date of Delivery MAY 0 6 2016

D. Addressee's Address (If Different From Address Used by Sender)

(Secondary Address 1 Suite / Apt. 1 Floor (Please Print Clearly))

Delivery Address

City          State          ZIP + 4 Code

1. Article Addressed To:

PENSKE LEASING
C/O ITS REGISTERED AGENT
CORPORATION SERVICE COMPANY O.
211 E. 7TH STREET, SUITE 620
AUSTIN TX 78701

RECEIPT
7104 9940 7320 0000 4059
FROM:
Law Offices of Bennie D. Rush
RE: Soape Citation
Soape Citation

SEND TO:
Penske Leasing
c/o its registered agent
Corporation Service Company o.
211 E.7th Street, Suite 620
Austin Tx 78701

FEES:
| Postage | 0.70 |
| Certified Fee | 3.45 |
| Return Receipt | 2.80 |
| Restricted | |

TOTAL          $ 6.95

POSTMARK OR DATE

5-4-16

CITATION

ELLEN JAGGERS
CLERK OF THE COURT
P.O. BOX 750 -200 N. Kaufman
MT VERNON TEXAS 75457

ATTORNEY FOR PETITIONER
Bennie D. Rush
1300 11th Street Suite 300
Huntsville TX 77340

NOTICE TO RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served this citation, a default judgment may be taken against you."

## TO: Canada, Inc., 389 Rue Monet, Quebec, Canada GOA1LO, or wherever it may be found

In the hereinafter styled and numbered cause: 12036

You are hereby commanded to appear before the 62ND Judicial District Court of Franklin County, Texas, to be held at the Franklin County Courthouse, located at 200 N. Kaufman, of said County in the City of Mt. Vernon, Texas, by filing a written answer to the **PLAINTIFF'S FIRST ORIGINAL PETITION** on or before 10 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in the cause number, 12036

**STYLED:**

**Richard E. Soape, Jr. vs. Jaswant Singh, Penske Leasing, And Canada, Inc**

FILED IN SAID COURT on the 19th day of April, 2016.
ISSUED AND GIVEN UNDER MY HAND AND SEAL on this the 20th day of April, 2016.

ATTEST: ELLEN JAGGERS
FRANKLIN COUNTY, MT. VERNON, TEXAS

BY _____ DEPUTY

OFFICER'S RETURN

Came to hand on the ____ day of _____, 2016 at _____ o'clock ___ m. **Executed at _____, within the County _____, at ___ o'clock ___. m. On the ____ day of _____ 2016, by delivering to the within named _____ in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and indorsed on such copy of citation the date of delivery. **Not executed, the diligence used to execute being _____: for the following reasons _____.

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.

_____
SERVICE FEES_____

Sheriff/Constable

_____ County

CITATION

ELLEN JAGGERS
CLERK OF THE COURT
P.O. BOX 750 -200 N. Kaufman
MT VERNON TEXAS 75457

ATTORNEY FOR PETITIONER
Bennie D. Rush
1300 11th Street Suite 300
Huntsville TX 77340

NOTICE TO RESPONDENT: "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on Monday next following the expiration of twenty days after you were served with this citation, a default judgment may be taken against you."

## TO: Jaswant Singh, 5027 Rue Athena Pierrefonds, Quebec, Canada GOA1LO, or wherever he may be found

In the hereinafter styled and numbered cause: 12036

You are hereby commanded to appear before the 62ND Judicial District Court of Franklin County, Texas, to be held at the Franklin County Courthouse, located at 200 N. Kaufman, of said County in the City of Mt. Vernon, Texas, by filing a written answer to the **PLAINTIFF'S FIRST ORIGINAL PETITION** on or before 10 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this citation, in the cause number, 12036

STYLED:

**Richard E. Soape, Jr. vs. Jaswant Singh, Penske Leasing, And Canada, Inc**

FILED IN SAID COURT on the 19th day of April, 2016.
ISSUED AND GIVEN UNDER MY HAND AND SEAL on this the 20th day of April, 2016.

ATTEST: ELLEN JAGGERS
FRANKLIN COUNTY, MT. VERNON TEXAS

BY

DEPUTY

OFFICER'S RETURN

Came to hand on the _____ day of _____, 2016 at _____ o'clock __. m. **Executed at _____, within the County _____, at ___ o'clock ___. m. On the ____ day of _____ 2016, by delivering to the within named _____ in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and indorsed on such copy of citation the date of delivery. **Not executed, the diligence used to execute being _____: for the following reasons _____.

TO CERTIFY WHICH WITNESS MY HAND OFFICIALLY.

_____
SERVICE FEES_____

Sheriff/Constable

_____ County

12036

Franklin County - 62nd District Court

Filed: 4/19/2016 2:59:28 PM
Ellen Jaggers,
District Clerk
Franklin County, Texas
By: LuAlice Weilbacher

CAUSE NO. _____

| | | |
|---|---|---|
| RICHARD E. SOAPE, JR. | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | FRANKLIN COUNTY, TEXAS |
| | § | |
| JASWANT SINGH, PENSKE LEASING | § | |
| AND CANADA, INC. | § | |
| | § | |
| DEFENDANTS, | § | ___TH JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD E. SOAPE, JR, hereinafter sometimes referred to as "**PLAINTIFF**," complaining of JASWANT SINGH, PENSKE LEASING AND CANADA, INC. hereinafter sometimes collectively referred to as "**DEFENDANTS**," and for cause of action would respectfully show the Court and Jury the following:

I.

Plaintiff, **RICHARD E. SOAPE, JR**, is an individual and a resident citizen of Walker County, Texas. Pursuant to Rule 30.014, *Texas Rules of Civil Procedure*, Plaintiff's partial identification information is XXXXX580 (last three numbers of driver's license number) and XXX-XX-X631(last three numbers of social security number). Pursuant to Rule 30.015, *Texas Rules of Civil Procedure*, Plaintiff's current residence address is 3366 SH 19 Lot 60, Huntsville, Texas 77320

Defendant, **JASWANT SINGH,** is a natural person and a resident citizen of Quebec Canada Texas, and may be served with process at his residence, 5027 Rue

Athena Pierrefonds, Quebec, Canada according to the rules of the Hague Convention, or wherever he can be found.

Defendant, **PENSKE LEASING,** is an company authorized to do business in the State of Texas, and can be served by process by serving its registered agent for service, Corporation Service Company dba CSC-Lawyers Incorporating Service Compaqny, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218 , or wherever they can be found.

Defendant, **CANADA INC.** is a foreign company doing business in Texas and and may be served with process at its place of business, 389 Rue Monet, Quebec, Canada  according to the rules of the Hague Convention or wherever it may be found

II.

Venue is proper in Franklin County, Texas, pursuant to § 15.002, *Civil Practice & Remedies Code*, in that the cause of action, or a part thereof, arose in Franklin County, Texas.

III.

Pursuant to the provisions of Rule 190.1, *Texas Rules of Civil Procedure*, this suit is filed as a Level 2 suit, and the scope of discovery conducted in this cause shall be governed pursuant to the provisions of Rule 190.3, *Texas Rules of Civil Procedure*.

IV.

It has become necessary to bring this civil action to collect a legal debt and damages due and owing to **PLAINTIFF** by reason of an incident which occurred on or

about February 17, 2015 in Franklin County, Texas, in which **PLAINTIFF'S** body was severely injured.

  **DEFENDANT** JASWANT SINGH, while operating a vehicle was negligent in various acts and omissions, including the following, which negligence was a proximate cause of the occurrence in question:

  (a) in failing to keep such a lookout as would have been kept by a person exercising ordinary care and prudence under the same or similar circumstances;

  (b) in traveling at a faster rate of speed than a person exercising ordinary care and prudence would have traveled under the same or similar circumstances;

  (c) in failing to make a timely and proper application of the brakes as would have been made by a person exercising ordinary care and prudence under the same or similar circumstances;

  (d) in failing to make such turning movements of the vehicle in question as would have been made by a person exercising ordinary care and prudence under the same or similar circumstances;

  (e) in failing to comply with Sec. 545.062 and   Sec. 545.351of the Texas Transportation Code.

  Further, nothing **PLAINTIFF** did or failed to do caused or contributed to cause the occurrence made the basis of this suit. To the contrary, the occurrence was proximately caused by the negligence, as that term is understood in law, of **DEFENDANT**.

V.

  **PLAINTIFF** would show that as a result of the negligence of **DEFENDANT**, the vehicle owned and operated by **PLAINTIFF** was struck by the vehicle owned by **DEFENDANTS** PENSKE LEASING AND CANADA, INC. and operated by

DEFENDANT JASWANT SINGH, causing serious and permanent injuries to PLAINTIFF'S body. Each of such acts and omissions, singularly or in combination with others, constituted negligence that proximately caused serious and permanent injuries to his body.

PLAINTIFF has sustained much physical pain and mental anguish in the past, and will in all reasonable probability, continue to suffer the same in the future; he has sustained physical impairment in the past and will in all reasonable probability, sustain the same in the future; he has sustained disfigurement in the past and will in all reasonable probability, sustain the same in the future. PLAINTIFF, as a result of his injuries, has suffered a loss of wage earning capacity in the past, and in all probability, will sustain a loss of wage earning capacity in the future. PLAINTIFF has sustained medical expenses in the past and will, in all reasonable probability, continue to sustain reasonable and necessary medical expenses in the future.

VI.

PLAINTIFF would additionally say and show that DEFENDANTS PENSKE LEASING AND CANADA, INC were negligent in entrusting the vehicle in question to DEFENDANT JASWANT SINGH, who was a reckless or incompetent driver, and DEFENDANTS PENSKE LEASING AND CANADA, INC knew or should have known that DEFENDANT JASWANT SINGH was a reckless and incompetent driver, and such negligence was a proximate cause of the occurrence in question. .

VII.

PLAINTIFF would additionally say and show that he is entitled to recovery of pre-judgment interest in accordance with law and equity as part of his damages herein and PLAINTIFF here and now sues specifically for recovery of pre-judgment interest from the date of the occurrence made the basis of this suit until the date of the judgment herein as provided by law and equity, under the applicable provisions of the laws of the State of Texas.

VIII.

If it is the Defendants' contention that Plaintiff's medical bills are limited to those only paid and/or incurred by him or his insurance company, including Plaintiff's deductible and co-payments, then Plaintiff hereby seeks recovery for the premiums that he has paid for such insurance coverage since the Defendant has deprived him of the benefits of that insurance coverage without fair, due and just compensation. Additionally, Plaintiff would show that Tex. Civ. Prac. & Rem. Code § 41.0105 is an unconstitutional taking of Plaintiff's property and violates Plaintiff's due process rights under the Texas Constitution.

IX.

PLAINTIFF would show this Honorable Court and Jury that his damages at the time of filing this Petition are over $100, 000 but not more than $200,000 and expressly reserves the right to amend this Petition concerning his damages in the future.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF prays that the DEFENDANTS be cited to appear and answer herein, and that upon final trial hereof PLAINTIFF have judgment against the DEFENDANTS in a sum more than

$100,000.00, plus interest thereon at the legal rate, pre-judgment interest, costs of court expended in his behalf, and for such other and further relief, at law and in equity, both general and special, to which **PLAINTIFF** may show himself justly entitled.

(Signature page follows)

Respectfully submitted,

**LAW OFFICES OF BENNIE D. RUSH,**

PC

/s/ *Bennie D. Rush*

_____

Bennie D. Rush
State Bar No.  17400425
1300 11th Street, Suite 300
Huntsville, Texas  77340
936/295-0700 Telephone
936/295-3330 Facsimile
ATTORNEY FOR PLAINTIFF
bennie@bdrushlaw.com

Filed: 5/27/2016 2:53:42 PM
Ellen Jaggers,
District Clerk
Franklin County, Texas
By: LuAlice Weilbacher

**CAUSE NO. 12036**

| | | |
|---|---|---|
| RICHARD E. SOAPE, JR., | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | FRANKLIN COUNTY, TEXAS |
| JASWANT SINGH, PENSKE LEASING | § | |
| AND CANADA INC. | § | |
| | § | |
| DEFENDANTS. | § | 62ND  JUDICIAL DISTRICT |

## DEFENDANT PENSKE TRUCK LEASING CO., L.P.'S ORIGINAL ANSWER
## TO PLAINTIFFS' FIRST ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Penske Truck Leasing Co., L.P., incorrectly sued as Penske Leasing ("Defendant"), one of the Defendants in the above-entitled and numbered Cause, and in response to Plaintiff's First Original Petition on file herein, files this its Original Answer, and would respectfully show the Court as follows:

**I.**

### GENERAL DENIAL

Subject to such stipulations and admissions as may be made hereafter, Defendant hereby enters a general denial as is permitted by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which he has made against Defendant.

## AFFIRMATIVE DEFENSES

### II.

Pleading further, alternatively, and by way of affirmative defense, the incident in question and Plaintiff's alleged resulting damages, if any, were the result of negligent acts and/or omissions of others not under the control of Defendant, including Plaintiff, whose acts or omissions were, alternatively, a proximate cause or a contributing proximate cause or the sole proximate cause of the incident in question and any alleged damages resulting therefrom.      Defendant, therefore, invokes the doctrine of comparative causation and proportionate responsibility as set forth in Chapter 33 of the Texas Civil Practice or Remedies Code.

### III.

Further answering, alternatively, and by way of affirmative defense, in the unlikely event that any liability be found on the part of Defendant, such liability be reduced by the percentage of causation found to have resulted from the negligence of others, including Plaintiff.

### IV.

Further answering, alternatively, and by way of affirmative defense, Plaintiff's medical expenses are limited to those actually paid or incurred on behalf of Plaintiff pursuant to Texas Civil Practice & Remedies Code § 41.0105.

### V.

Further answering, alternatively, and by way of affirmative defense, the incident in question and Plaintiff's alleged resulting injuries or damages, if any, were the result of an intervening, superseding, or new and independent cause.

VI.

Pleading further, alternatively, and by way of affirmative defense, the injuries and damages complained of by Plaintiff herein are the result, in whole or in part, of pre-existing conditions, injuries, diseases, disabilities, events and factors, and not the result of any act or omission on the part of Defendant or the incident in question.

VII.

Pleading further, alternatively, and by way of affirmative defense, the injuries and damages complained of by Plaintiff herein are the result, in whole or in part, of Plaintiff's failure to mitigate his damages.

WHEREFORE, PREMISES CONSIDERED, Defendant Penske Truck Leasing Co., L.P., incorrectly sued as Penske Leasing, prays that Plaintiff take nothing by his suit, that Defendant recovers its costs expended on its behalf, and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

s/Mark S. Scudder
MARK S. SCUDDER
STATE BAR NO. 17936300
ALEX MCLEAN
STATE BAR NO. 24098082
STRASBURGER & PRICE, LLP
901 MAIN STREET, SUITE 4400
DALLAS, TX 75202-3794
(214) 651-4300
(214) 651-4330 Fax
mark.scudder@strasburger.com
alex.mclean@strasburger.com

ATTORNEYS FOR DEFENDANT
PENSKE TRUCK LEASING CO., L.P.
INCORRECTLY SUED AS PENSKE
LEASING

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 27th day of May 2016, a true and correct copy of the foregoing was electronically filed with the Court in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure.

s/Mark S. Scudder
Mark S. Scudder

Filed:  6/2/2016 3:59:07 PM
Ellen Jaggers,
District Clerk
Franklin County, Texas
By:  LuAlice Weilbacher

CAUSE NO. 12036

| | | |
|---|---|---|
| RICHARD E. SOAPE, JR. | § | IN THE DISTRICT COURT OF |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | FRANKLIN COUNTY, TEXAS |
| | § | |
| JASWANT SINGH, PENSKE LEASING | § | |
| AND  CANADA, INC. | § | |
| | § | |
| DEFENDANTS, | § | 62nd  JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED  ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RICHARD E. SOAPE, JR, hereinafter sometimes referred to as "**PLAINTIFF**," complaining of JASWANT SINGH, PENSKE TRUCK LEASING CO., L.P. AND CANADA, INC. (incorrectly identified as PENSKE LEASING through a misnomer of pleadings pursuant to Rule 71, *Texas Rules of Civil* Procedure), hereinafter sometimes collectively referred to as "**DEFENDANTS**," and for cause of action would respectfully show the Court and Jury the following:

I.

Plaintiff, **RICHARD E. SOAPE, JR**, is an individual and a resident citizen of Walker County, Texas. Pursuant to Rule 30.014, *Texas Rules of Civil Procedure*, Plaintiff's partial identification information is XXXXX580 (last three numbers of driver's license number) and XXX-XX-X631(last three numbers of social security number). Pursuant to Rule 30.015, *Texas Rules of Civil Procedure*, Plaintiff's current residence address is 3366 SH 19 Lot 60, Huntsville, Texas 77320

Defendant, **JASWANT SINGH,** is a natural person and a resident citizen of Quebec Canada Texas, and may be served with process at his residence, 5027 Rue Athena Pierrefonds, Quebec, Canada according to the rules of the Hague Convention, or wherever he can be found.

Defendant, **PENSKE TRUCK LEASING CO., L.P.,** is a company authorized to do business in the State of Texas, and has filed an appearance herein.

Defendant, **CANADA INC**. is a foreign company doing business in Texas and and may be served with process at its place of business, 389 Rue Monet, Quebec, Canada  according to the rules of the Hague Convention or wherever it may be found

II.

Venue is proper in Franklin County, Texas, pursuant to § 15.002, *Civil Practice & Remedies Code*, in that the cause of action, or a part thereof, arose in Franklin County, Texas.

III.

Pursuant to the provisions of Rule 190.1, *Texas Rules of Civil Procedure*, this suit is filed as a Level 2 suit, and the scope of discovery conducted in this cause shall be governed pursuant to the provisions of Rule 190.3, *Texas Rules of Civil Procedure*.

IV.

It has become necessary to bring this civil action to collect a legal debt and damages due and owing to **PLAINTIFF** by reason of an incident which occurred on or about February 17, 2015 in Franklin County, Texas, in which **PLAINTIFF'S** body was severely injured.

**DEFENDANT** JASWANT SINGH, while operating a vehicle was negligent in various acts and omissions, including the following, which negligence was a proximate cause of the occurrence in question:

(a)     in failing to keep such a lookout as would have been kept by a person exercising ordinary care and prudence under the same or similar circumstances;

(b)     in traveling at a faster rate of speed than a person exercising ordinary care and prudence would have traveled under the same or similar circumstances;

(c)     in failing to make a timely and proper application of the brakes as would have been made by a person exercising ordinary care and prudence under the same or similar circumstances;

(d)     in failing to make such turning movements of the vehicle in question as would have been made by a person exercising ordinary care and prudence under the same or similar circumstances;

(e)     in failing to comply with Sec. 545.062 and   Sec. 545.351of the Texas Transportation Code.

Further, nothing **PLAINTIFF** did or failed to do caused or contributed to cause the occurrence made the basis of this suit. To the contrary, the occurrence was proximately caused by the negligence, as that term is understood in law, of **DEFENDANT**.

V.

**PLAINTIFF** would show that as a result of the negligence of **DEFENDANT**, the vehicle owned and operated by **PLAINTIFF** was struck by the vehicle owned by **DEFENDANTS** PENSKE TRUCK LEASING CO., L.P., AND CANADA, INC. and operated by **DEFENDANT** JASWANT SINGH, causing serious and permanent injuries to **PLAINTIFF'S** body.  Each of such acts and omissions, singularly or in combination

with others, constituted negligence that proximately caused serious and permanent injuries to his body.

PLAINTIFF has sustained much physical pain and mental anguish in the past, and will in all reasonable probability, continue to suffer the same in the future; he has sustained physical impairment in the past and will in all reasonable probability, sustain the same in the future; he has sustained disfigurement in the past and will in all reasonable probability, sustain the same in the future. PLAINTIFF, as a result of his injuries, has suffered a loss of wage earning capacity in the past, and in all probability, will sustain a loss of wage earning capacity in the future. PLAINTIFF has sustained medical expenses in the past and will, in all reasonable probability, continue to sustain reasonable and necessary medical expenses in the future.

VI.

PLAINTIFF would additionally say and show that DEFENDANTS PENSKE TRUCK LEASING CO., L.P.,  AND CANADA, INC were negligent in entrusting the vehicle in question to DEFENDANT JASWANT SINGH, who was a reckless or incompetent driver, and DEFENDANTS   PENSKE TRUCK LEASING CO., L.P., AND CANADA, INC knew or should have known that DEFENDANT JASWANT SINGH was a reckless and incompetent driver, and such negligence was a proximate cause of the occurrence in question.  .

VII.

PLAINTIFF would additionally say and show that he is entitled to recovery of pre-judgment interest in accordance with law and equity as part of his damages herein

and **PLAINTIFF** here and now sues specifically for recovery of pre-judgment interest from the date of the occurrence made the basis of this suit until the date of the judgment herein as provided by law and equity, under the applicable provisions of the laws of the State of Texas.

VIII.

If it is the Defendants' contention that Plaintiff's medical bills are limited to those only paid and/or incurred by him or his insurance company, including Plaintiff's deductible and co-payments, then Plaintiff hereby seeks recovery for the premiums that he has paid for such insurance coverage since the Defendant has deprived him of the benefits of that insurance coverage without fair, due and just compensation. Additionally, Plaintiff would show that Tex. Civ. Prac. & Rem. Code § 41.0105 is an unconstitutional taking of Plaintiff's property and violates Plaintiff's due process rights under the Texas Constitution.

IX.

**PLAINTIFF** would show this Honorable Court and Jury that his damages at the time of filing this Petition are over $100, 000 but not more than $200,000 and expressly reserves the right to amend this Petition concerning his damages in the future.

WHEREFORE, PREMISES CONSIDERED, **PLAINTIFF** prays that the **DEFENDANTS** be cited to appear and answer herein, and that upon final trial hereof **PLAINTIFF** have judgment against the **DEFENDANTS** in a sum more than $100,000.00, plus interest thereon at the legal rate, pre-judgment interest, costs of court

expended in his behalf, and for such other and further relief, at law and in equity, both general and special, to which **PLAINTIFF** may show himself justly entitled.

(Signature page follows)

Respectfully submitted,

**LAW OFFICES OF BENNIE D. RUSH, PC**

/s/ *Bennie D. Rush*

_____

Bennie D. Rush
State Bar No.  17400425
1300 11th Street, Suite 300
Huntsville, Texas  77340
936/295-0700 Telephone
936/295-3330 Facsimile
ATTORNEY FOR PLAINTIFF
bennie@bdrushlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2016, a true and correct copy of the above and foregoing was provided to all counsel of record either by certified mail, postage prepaid, return receipt requested; and/or by Federal Express; and/or by facsimile transmission; and/or by hand delivery, in accordance with the Texas Rules of Civil Procedure, as follows:

MarkScudder
Alex McLean
901 Main Street, Suite 4400
Dallas, Texas 75202
Facsimile: 214-651-4330

/s/ *Bennie D. Rush*

_____

BENNIE D. RUSH