IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| RICHARD E. SOAPE, JR., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:16-cv-00069 |
| § | |
| JASWANT SINGH, PENSKE LEASING § | |
| AND CANADA, INC. § | |
| § | |
| *Defendants.* § | |

## JOINT MOTION TO STAY ALL DEADLINES
## AND NOTICE OF SETTLEMENT

Pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court, Plaintiff Richard E. Soape, Jr. and Defendants Jaswant Singh, Penske Leasing and Canada, Inc. advise the Court that all matters in controversy between the parties have been settled, in principle, and request that the Court stay all deadlines and hearings for some specific and reasonable period of time so that appropriate dismissal papers may be submitted. The parties request thirty (30) days in which to submit dismissal papers.

Dated: April 28, 2017.

Respectfully Submitted,

LAW OFFICE OF BENNIE D. RUSH, PC.
1300 11th St. #300
Huntsville, Texas 77340
(936) 295-0700
(936) 295-3330 – fax

_____
Bennie D. Rush
State Bar No. 17400425
Bennierush@me.com

ATTORNEY FOR PLAINTIFF


**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 6000
Dallas, Texas 75202-3794
(214) 651-4300
(214) 651-4330 (Fax)

_____
**MARK S. SCUDDER**
STATE BAR NO. 17936300
**ALEX MCLEAN**
STATE BAR NO. 24098082
mark.scudder@strasburger.com
alex.mclean@strasburger.com

ATTORNEYS FOR DEFENDANT
PENSKE TRUCK LEASING CO., L.P.


**WHITE SHAVER**
205 W. Locust Ave.
Tyler, Texas 75702
Telephone: 903/533-9447
Telefax: 903/595-3766

By: _____
CLAY M. WHITE
State Bar No. 21292220
ADAM B. ALLEN
State Bar No: 24038738
aallen@whiteshaverlaw.com

ATTORNEYS FOR DEFENDANTS
JASWANT SINGH AND CANADA, INC.